May 7, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CHCA BAYSHORE, L.P. D/B/A EAST HOUSTON REGIONAL MEDICAL CENTER, Appellant

NO. 14-12-00928-CV                    V.

ROSALVA SALAZAR, Appellee

_____

This cause, an appeal from the interlocutory order in favor of appellee, Rosalva Salazar, signed, September 14, 2012, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the interlocutory order of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Rosalva Salazar.

We further order this decision certified below for observance.